IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRAIG A. CHILDRESS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:12-cv-1230-JPG-DGW |
| S.A. GODINEZ, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

On June 18, 2015, Plaintiff's Motion for Recruitment of Counsel was granted by United States District Judge J. Phil Gilbert. Plaintiff was informed that the Court would seek a volunteer to represent him in this matter and that he should continue to proceed *pro se* during those efforts. On June 23, 2015, this Court contacted over 200 attorneys in an effort to recruit representation. As of the date of this Order, no attorney has volunteered. This Court is without authority to simply appoint an involuntary attorney to represent Plaintiff. *See Olson v. Morgan*, 750 F.3d 708, 711 (7th Cir. 2014) (noting that the district court asks lawyers to represent indigent litigants "on a volunteer basis."); *See also* 28 U.S. C. § 1915(e)(1) ("The Court may request an attorney to represent any person unable to afford counsel."). Therefore, while the Motion for Recruitment of Counsel was granted and this Court has made an effort to recruit counsel for Plaintiff, no attorney has volunteered to represent Plaintiff. Plaintiff must proceed in this matter *pro se*.

**IT IS SO ORDERED.**

**DATED: July 16, 2015**

**DONALD G. WILKERSON**
**United States Magistrate Judge**